WALTER S. POLLARD, Appellant, v. EDWARD CARD and Others, Defendants. JAMES M. SHEIL and CAHILL TOWING LINE, INCORPORATED, Respondents. (Appeal No. 1.) — Order modified by eliminating therefrom the provision that the notice of examination be modified by striking out paragraphs II, III, VI and VII, by directing that the examination be had on all of the items contained in the notice of examination, and also by directing that the examination be had on two days' notice. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

WALTER S. POLLARD, Appellant, v. EDWARD CARD and CAHILL TOWING LINE,

INCORPORATED, Respondents, and Others, Defendants. (Appeal No. 2.) — Order modified by striking out the provision limiting the examination by the order of January 30, 1928, and by directing that the examination be had as provided in *Pollard* v. *Card* (*ante*, p. 812), decided herewith. As so modified the order is affirmed, with ten dollars costs and disbursements to appellant. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.